# EXHIBIT 1

6002403v.2

# United States of America
## United States Patent and Trademark Office

**NYGÄRD**

**Reg. No. 3,979,204** NYGARD INTERNATIONAL PARTNERSHIP (CANADA PARTNERSHIP)
1771 INKSTER BLVD.
**Registered June 14, 2011** WINNIPEG, MANITOBA, CANADA R2X 1R3

**Int. Cls.: 9, 18, and 25** FOR: OPTICAL EYEWEAR, NAMELY, EYEGLASSES AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**
FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

**PRINCIPAL REGISTER**
FOR: SMALL LEATHER GOODS, NAMELY, KEY CASES, WALLETS AND BRIEFCASE-TYPE PORTFOLIOS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-2008; IN COMMERCE 1-0-2008.

FOR: WOMEN'S CLOTHING, NAMELY, SUITS, BLAZERS, VESTS, DRESS PANTS, SWEATERS, POLO SHIRTS, T-SHIRTS, TANK TOPS, DRESS SHIRTS, CASUAL SHIRTS, JEANS, CASUAL PANTS, SHORTS, JACKETS, COATS, SWIMWEAR, BELTS, HOSIERY, HATS AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2008; IN COMMERCE 12-0-2008.

OWNER OF U.S. REG. NOS. 2,080,489, 3,570,073, AND OTHERS.

SEC. 2(F).

SN 78-550,080, FILED 1-19-2005.

DAVID YONTEF, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,690,655**  NYGARD INTERNATIONAL PARTNERSHIP (CANADA PARTNERSHIP)
Registered Sep. 29, 2009  1771 INKSTER BLVD.
WINNIPEG R2X 1R3, CANADA

**Int. Cls.: 20, 21, and 24**  FOR: DECORATIVE PILLOWS, CUSHIONS; CURTAIN ACCESSORIES, NAMELY, CURTAIN HOOKS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

**TRADEMARK**  FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.
**PRINCIPAL REGISTER**

FOR: BATH ACCESSORIES, NAMELY, SOAP DISPENSERS, SOAP DISHES, TOOTHBRUSH HOLDERS, TUMBLERS, WASTEBASKETS, AND CERAMIC TISSUE BOX COVERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-0-2006; IN COMMERCE 7-0-2006.

FOR: BED LINENS, NAMELY, SHEETS, PILLOW CASES, PILLOW SHAMS, BED SKIRTS, DUVET COVERS, COMFORTERS, BLANKETS, QUILTS, AND THROWS; BATH LINENS, NAMELY, TOWELS AND SHOWER CURTAINS; CURTAINS , IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

OWNER OF U.S. REG. NOS. 2,080,489, 2,667,459, AND 2,716,981.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HOME", APART FROM THE MARK AS SHOWN.

SN 78-714,201, FILED 9-15-2005.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,424,971

United States Patent and Trademark Office    Registered May 13, 2008

## TRADEMARK
### PRINCIPAL REGISTER

## NYGÅRD SPORT

NYGARD INTERNATIONAL PARTNERSHIP (CANADA PARTNERSHIP)
1771 INKSTER BLVD.
WINNIPEG, MANITOBA, CANADA R2X 1R3

FOR: WOMEN'S CLOTHING, NAMELY, JACKETS, SKIRTS, BLOUSES, PANTS, LEGGINGS, SHORTS, PANT SUITS, SHIRTS, COATS, SWEATERS, PULLOVERS, CARDIGANS, TUNICS, HOUSECOATS, JUMPERS, JUMP SUITS, JEANS, T-SHIRTS, VESTS, TANK TOPS, KNIT TOPS, CULOTTES AND SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF CANADA REG. NO. TMA559105, DATED 3-12-2002, EXPIRES 3-12-2017.

OWNER OF U.S. REG. NOS. 2,080,489, 2,667,459, AND 2,716,981.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPORT", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "NYGARD".

SER. NO. 76-053,338, FILED 5-18-2000.

CHRISTOPHER BUONGIORNO, EXAMINING ATTORNEY

Int. Cls.: 16, 25, and 35

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101, and 102

Reg. No. 3,512,888

**United States Patent and Trademark Office**   Registered Oct. 7, 2008

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

### NYGARD.COM

NYGARD INTERNATIONAL PARTNERSHIP (CANADA PARTNERSHIP)
1771 INKSTER BLVD.
WINNIPEG, MANITOBA, CANADA R2X 1R3

FOR: MAGAZINES, BROCHURES, NEWSLETTERS, AND JOURNALS ALL IN THE FIELDS OF FASHION, TECHNOLOGY AND BUSINESS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-26-2000; IN COMMERCE 3-26-2000.

FOR: WOMEN'S CLOTHING, NAMELY, JACKETS, SKIRTS, BLOUSES, PANTS, LEGGINGS, SHORTS, PANT SUITS, SHIRTS, CAMP SHIRTS, COATS, SWEATERS, PULL-OVERS, CARDIGANS, TUNICS, HOUSECOATS, JUMPERS, JUMP SUITS, GILETS, JEANS, T-SHIRTS, T-TOPS, VESTS, TANK TOPS, KNIT TOPS, CULOTTES AND SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-26-2000; IN COMMERCE 3-26-2000.

FOR: INVENTORY CONTROL, INVENTORY TRACKING AND INVENTORY REPLENISHMENT FOR OTHERS RENDERED VIA COMPUTER, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-20-2007; IN COMMERCE 11-20-2007.

SN 75-687,196, FILED 4-20-1999.

MICHAEL W. BAIRD, EXAMINING ATTORNEY