

June 29, 2020

**Adam Bialek**
212.915.5143 (direct)
917.538.0616 (mobile)
Adam.Bialek@wilsonelser.com

**Via ECF**
The Honorable Judge Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:      *Nygard v. Jasper*, Case No. 14-cv-1313 (PGG)

Dear Judge Gardephe:

This firm represents Plaintiff Peter Nygard in the above-referenced case. Following a discussion with your Law Clerk, and receipt of Your Honor's Order issued on June 22, 2020, Dkt. No. 59 (Your Honor ordered that "Plaintiffs will submit a letter by June 29, 2020, addressing whether or not this case should be dismissed as moot."), we confirmed that Plaintiff Peter Nygard consented to the Court dismissing the case as moot without commenting on the substance of the case.

We delayed in responding until today as we were still seeking instructions on how to respond on behalf of Plaintiffs Nygard International Partnership and Nygard, Inc. As the Court may be aware, the two entities are in receivership, as recognized by the United States Bankruptcy Court for the Southern District of New York (Case No. 20-10828 (SMB)) pursuant to a Chapter 15 proceeding. After speaking with your Law Clerk and receiving Your Honor's Order, we contacted the Receiver for the entities to get instructions. In a June 29, 2020 email, the Receiver's counsel confirmed that Plaintiffs Nygard International Partnership and Nygard, Inc. also consent to dismissing this case as moot.

Thank you for your assistance with this matter.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

By: */s/ Adam Bialek*
Adam Bialek
Adam.Bialek@wilsonelser.com

Upon the motion of Plaintiffs (Dkt. No. 60), this action is dismissed as moot. The Clerk of Court is directed to close the case.

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge
June 30, 2020

150 East 42nd Street • New York, NY 10017

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Mississippi • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

10883344v.2